UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-751-MOC-DCK

| | | |
|---|---|---|
| **BRANDON BEATY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Defendant's Partial Motion to Dismiss, (Doc. No. 4). Defendant seeks dismissal of Plaintiff's Title VII retaliation claim. Plaintiff has responded to the motion, in which Plaintiff consents to the dismissal of the retaliation claim. (Doc. No. 7). Given Plaintiff's consent to dismissal, the Court **GRANTS** Defendant's motion for partial dismissal and dismisses Plaintiff's retaliation claim.

**IT IS SO ORDERED**.

Signed: February 29, 2024



Max O. Cogburn Jr.
United States District Judge

1